1 ED DUNLAVEY
NATIONAL PARK SERVICE
2 Law Enforcement Office
P.O. Box 517
3 Yosemite, California 95389
Telephone: 209-372-0243
4

5

6 UNITED STATES DISTRICT COURT

7 EASTERN DISTRICT OF CALIFORNIA

8
UNITED STATES GOVERNMENT,      )     CASE NUMBER:6:09-mj-00259-YNP
9                               )
         Plaintiff              )
10                              )     STIPULATION TO CONTINUE
     vs.                        )     STATUS CONFERENCE; AND
11                              )     ORDER THEREON
                                )
12 EMILIO PINEDA,               )
                                )
13       Defendant              )
   _____)
14

15     IT IS HEREBY STIPULATED by and between Susan St. Vincent,

16 acting Legal Officer for the National Park Service and Defendant,

17 EMILIO PINEDA, and his Attorney of Record, Jeremy Kroger, that

18 the status conference in the above-captioned matter currently

19 scheduled for March 2, 2010, be continued until March 16, 2010.

20

21 Dated: February 25, 2010      By: /S/ Susan St. Vincent
                                     SUSAN ST. VINCENT
22                                   Acting Legal Officer for
                                     National Park Service
23

24

25 Dated: February 25, 2010      By: /S/ Jeremy Kroger
                                     JEREMY KROGER
26                                   Attorney for Defendant
                                     EMILIO PINEDA
27

28

1

**\* \* \* ORDER \* \* \***

The Court, having reviewed the above request for a continuance of the status conference currently set for March 2, 2010 until March 16, 2010, HEREBY ORDERS AS FOLLOWS:

1. The status conference in the matter of U.S. v. Pineda, shall be continued to March 16, 2010 at 10:00a.m..

IT IS SO ORDERED.


Dated:  March 1, 2010              /s/ Sandra M. Snyder
                                   UNITED STATES MAGISTRATE JUDGE